IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00209–EWN-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ELADIO BELTRAN-LOPEZ,

      Defendant.

---

## ORDER EXCLUDING WITNESSES

---

It is

**ORDERED** as follows:

1.     All persons who expect to be called as witnesses in the case of *United States of America v. Eladio Beltran-Lopez*, Criminal Action No. 06-cr-00209-EWN, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in the case.

2.     No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

Dated this 28th day of August, 2006.

BY THE COURT:

EDWARD W. NOTTINGHAM
United States District Judge