UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00393-WYD
Criminal Action No. 06-cr-00209-WYD-1

UNITED STATES OF AMERICA,

v.

1. ELADIO BELTRAN-LOPEZ, also known as ELADIO LOPEZ BELTRAN,

    Movant.

---

### ORDER DIRECTING MOVANT TO CURE DEFICIENCY

---

Movant, Eladio Beltran-Lopez, also known as Eladio Lopez Beltran, has submitted *pro se* a document styled as a pleading. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, I have determined that the submitted document is deficient as described in this order. Movant will be directed to cure the following if he wishes to pursue his claims. Any papers that the movant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   ___   is not on proper form (must use the court's current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application

(8) __ An original and a copy have not been received by the court.
Only an original has been received.
(9) __ other: _____ .

**Complaint, Petition or Application**:
(10) __ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. __
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the movant cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that the movant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the movant, together with a copy of this order, two copies of the following form to be used in submitting a 28 U.S.C. § 2255 motion: Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. It is

FURTHER ORDERED that, if the movant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

Dated: March 4, 2009

BY THE COURT:

<u>s/ Wiley Y. Daniel</u>
Wiley Y. Daniel
Chief United States District Judge