**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cr-00393-WYD and 09-cv-00839-WYD
Criminal Action No. 06-cr-00209-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ELADIO BELTRAN-LOPEZ,

   Defendant/Movant.

---

**ORDER TO CURE DEFICIENCY**

---

Movant submitted a Notice of Appeal on November 6, 2009. The court has determined that the document is deficient as described in this order. Movant will be directed to cure the following if he wishes to pursue this appeal.

**(A)  Filing Fee**
   __X__  is not submitted

**(B)  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
   __X__  is not submitted
   ____  is missing affidavit
   ____  is missing required financial information
   ____  is missing an original signature by the prisoner
   ____  is not on proper form (must use the court's current form)
   ____  other _____

Accordingly, it is

**ORDERED** that Movant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Movant files in response to this order must include the civil action number and criminal action number on this order. It is

**FURTHER ORDERED** that the Clerk of the Court mail to Movant, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

**FURTHER ORDERED** that, if Movant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

Dated: November 16, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge